IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES,<br>SHEET METAL WORKERS'<br>NATIONAL PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FECAROTTA MECHANICAL, INC.,<br><br>Defendant. | Case No. 1:12-cv-930 (GBL/TCB) |

## ORDER

Upon consideration of the December 10, 2012 Report and Recommendation of United States Magistrate Judge Buchanan, (Dkt. No. 14), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

**ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan. Accordingly, Plaintiffs' Motion for Default Judgment (Dkt. No. 8) is **GRANTED**. It is further

**ORDERED** that the Clerk of Court enter default judgment in favor of Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund, *et al.*, and against Defendant Fecarotta Mechanical, Inc., in the amount of two thousand three-hundred ten dollars and sixty-three cents ($2,310.63) for unpaid contributions; one hundred fifty-four dollars and sixty-five cents ($154.65) for interest compounded daily through October 15, 2012; four hundred sixty-two dollars and three cents ($462.03) in liquidated damages; and two thousand four-hundred fifty

dollars and forty-eight cents ($2,450.48) in attorneys' fees and costs, totaling five thousand three-hundred seventy-seven dollars and seventy-nine cents ($5,377.79).

The Clerk is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED.**

ENTERED this 3rd day of January, 2013.

Alexandria, Virginia
1 / 3 / 2013

/s/
Gerald Bruce Lee
United States District Judge